IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY WARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRAD STONER, Correctional Food Manager I, FRANCISCO JACQUEZ, Warden,<br><br>　　　　Defendants.<br>_____ | No. C 09-1003 MMC (PR)<br><br>**ORDER DENYING LEAVE TO FILE AMENDED COMPLAINT**<br><br>(Docket No. 15) |

　　　Plaintiff moves for leave to file an amended complaint to add a claim under the California Code of Regulations. Plaintiff's motion is DENIED. The instant action was closed with prejudice by order filed April 7, 2009. (Docket No. 9.) Plaintiff may bring his new claim in connection with a new civil action.

　　　This order terminates Docket No. 15.

　　　IT IS SO ORDERED.

DATED: May 10, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge